B1. P1 (12-94)    Julius Blumberg, Inc. NYC 10013    FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court District of | VOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor-If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| Campbell-White, Janice | |
| **ALL OTHER NAMES used by the debtor in the last 6 years** (including married, maiden and trade names)<br><br>None | **ALL OTHER NAMES used by the joint debtor in the last 6 years** (include married, maiden and trade names) |

| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>0036 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>1167 South Humphrey Avenue<br>Oak Park, IL 60304 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>Same | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |

| LOCATION OF PRINCIPLE ASSETS OF BUSINESS DEBTOR (If different from addresses listed above)<br>Oak Park, Illinois | VENUE (Check one box)<br>☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district |
|---|---|

**INFORMATION REGARDING DEBTOR (Check Applicable boxes)**

**TYPE OF DEBTOR (Check one box)**
☒ Individual ☐ Corporation Publicly Held
☐ Joint (H&W) ☐ Corporation Not Publicly Held
☐ Partnership ☐ Municipality
☐ Other _____

**NATURE OF DEBT (Check one box)**
☒ Non-Business Consumer ☐ Business - Complete A&B below

**A. TYPE OF BUSINESS (Check one box)**
☐ Farming ☐ Transportation ☐ Commodity Broker
☐ Professional ☐ Manufacturing/Mining ☐ Construction
☐ Retail/Wholesale ☐ Stockbroker ☐ Real Estate
☐ Railroad ☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

Chapter 13 W/No Plan

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
☐ Chapter 7 ☐ Chapter 11 ☒ Chapter 13
☐ Chapter 9 ☐ Chapter 12 ☐ § 304-Case Ancillary to Foreign Proceeding

**SMALL BUSINESS (Ch.11 only)**
☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (optional)

**FILING FEE (Check one box)**
☐ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b); see Official Form Number 3

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
Law Office of Eric Gibson #0950254
814 S. Taylor Avenue
Oak Park, IL 60304
Telephone No. 708-524-1110

**NAME(S) OF ATTORNEY**
Eric Gibson

**STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)** (Estimates only) (Check applicable boxes)
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
☐ 1-15  ☒ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1000-over

**ESTIMATED ASSETS (in thousands of dollars)**
☐ Under 50  ☐ 50-99  ☒ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000

**ESTIMATED LIABILITIES (in thousands of dollars)**
☐ Under 50  ☐ 50-99  ☒ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000

**ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY**
☐ 0  ☐ 1-19  ☐ 20-99  ☐ 100-999  ☐ 1000-over

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY**
☐ 0  ☐ 1-19  ☐ 20-99  ☐ 100-999  ☐ 1000-over

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/11/2004
Time: 16:41:53
Debtor: JANICE CAMPBELL-WHITE
Case: 04-09761    Fee : 194
Chapter: 13 Rec. # : 3067974
Judge: Jack Schmetterer
341 mtg: 04/21/2004 @ 03:00PM
ConfHrg: 05/05/2004 @ 12:30PM
Trustee: TOM VAUGHN

1:04BK09761-BK001

Form B1, P2 (12-94)

Name of Debtor: __Janice Campbell-White__   Case No. _____ (Court use only)

**FILING OF PLAN** For Chapter 7, 11, 12 and 13 cases only. Check appropriate box.

☐ A Copy of debtor's proposed plan dated _____ is attached.   ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

**PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS** (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| Chicago, Illinois | 03 B 37721 | 9-15-03 |

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR** (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**REQUEST FOR RELIEF** Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**SIGNATURES**

ATTORNEY Signature X _[signature]_   Date __3-11-04__

### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct

X _Janice Campbell-White_
Signature of Debtor

Date _____

X _____
Signature of Joint Debtor

Date _____

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

_____
Date

If debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____   _____
Signature of Debtor   Date

X _____   _____
Signature of Joint Debtor   Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I have prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address   Tel.No.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

X _____
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____

Form B6 D (6-90)

Julius Blumberg, Inc NYC 10013

In re: Janice Campbell-White

Debtor(s)    Case No.    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # 0002495737 Option One Mortgage Co. Attention: Mailstop DB-AM 6501 Irvine Center Drive Irvine, California 92618 | | | 1/6/00 Mortgage on real estate 3 unit apt. bld. VALUE $ 400,000.00 | | $232,000.00 arrearage $36,000.00 | 0 |
| A/C # 0002495737 Wells Fargo Bank Minnesota c/o Codilis & Assoc., P.C. 15 W. 030 N. Frontage Rd. Burr Ridge, IL 60527 | | | Duplicate of Option One claim VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

Subtotal -> $
(Total of this page)

continuation sheets attached