UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 09761
    JANICE CAMPBELL-WHITE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
SSN XXX-XX-0036
```

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT

---

The case was filed on 03/11/2004 and was not confirmed.

The case was converted to chapter 7 without confirmation 06/01/2004.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| COOK COUNTY COLLECTOR | SECURED | 6136.92 | .00 | .00 |
| COOK COUNTY COLLECTOR | SECURED | 4371.38 | .00 | .00 |
| OPTION ONE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | 36000.00 | .00 | .00 |
| RIVERSIDE MENTAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| SBC CONSUMER BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3486.77 | .00 | .00 |
| SEARS PAYMENT CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| TAYTOE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON ~ | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| MACNEAL PHYSICIANS INC | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PHYSIOTHERAPY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESS CREDIT UNION | UNSECURED | 1612.05 | .00 | .00 |
| PROGRESS CREDIT UNION | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRUGREEN CHEMLAWN | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | NOT FILED | .00 | .00 |
| ERIC GIBSON | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 802.00 |

Summary of Receipts and Disbursements:

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 27 2004
KENNETH S. GARDNER, Clerk
PS REP. - KG

---

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 09761 JANICE CAMPBELL-WHITE

```
                              RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                       3,802.00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                            3,802.00
                             -----------              -----------
TOTALS                        3,802.00                   3,802.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/27/04

*(signed)* Thomas Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 09761 JANICE CAMPBELL-WHITE