**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Case 04-09761    Doc 95-3    Filed 02/26/07    Entered 02/26/07 20:24:02    Desc Exhibit
Page 1 of 4

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 04-09761 JBS  
**Case Name:** CAMPBELL WHITE, JANICE  

**Taxpayer ID #:** 13-7447092  
**Period Ending:** 09/08/06  

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****39-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/10/05 | | Louis W. Levit, Trustee of the Estate of Janice Campbell- | Sale of Real Estate | | | 112,653.55 | | 112,653.55 |
| | {2} | | Gross sale | 212,000.00 | 1110-000 | | | 112,653.55 |
| | | | Mortgage Payment | -62,157.65 | 4110-000 | | | 112,653.55 |
| | | | Judgment Lien | -1,716.64 | 4120-000 | | | 112,653.55 |
| | | | Oak Park Water Bill | -1,357.07 | 4120-000 | | | 112,653.55 |
| | | | Tax proration | -4,509.25 | 2990-000 | | | 112,653.55 |
| | | | Broker Commission | -10,600.00 | 2990-000 | | | 112,653.55 |
| | | | Settlement costs | -4,520.84 | 2500-000 | | | 112,653.55 |
| | {2} | | excess earnest money | -9,400.00 | 1110-000 | | | 112,653.55 |
| | {2} | | CT&T Refund | -4,510.36 | 1110-000 | | | 112,653.55 |
| | | | Further mortgage payment | -489.64 | 4110-000 | | | 112,653.55 |
| | {2} | | Final CT&T Refund | -85.00 | 1110-000 | | | 112,653.55 |
| 03/17/05 | {2} | Century 21 Classic Properties | Unexpended portion of earnest money deposit Add'l Proceeds of Sale | | 1110-000 | 9,400.00 | | 122,053.55 |
| 03/17/05 | {2} | Chicago Titlle and Trust Co, | Refund of Title Indemnity | | 1110-000 | 4,510.36 | | 126,563.91 |
| 03/17/05 | | Chicago Title Insurance Co. | | | | 4,510.36 | | 131,074.27 |
| | {2} | Chicago Title Insurance Co. | | 5,000.00 | 1110-000 | | | 131,074.27 |
| | | | Additionall mortgage debt | -489.64 | 4110-000 | | | 131,074.27 |
| 03/17/05 | {2} | Chicago Title and Trust C0 | Reverse deposit entry | | 1110-000 | -4,510.36 | | 126,563.91 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at  0.3500% | | 1270-000 | 20.91 | | 126,584.82 |
| 04/29/05 | {2} | Chicago Title Insurance Co. | Final refund | | 1110-000 | 85.00 | | 126,669.82 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | | 1270-000 | 36.43 | | 126,706.25 |
| | | | | | **Subtotals :** | **$126,706.25** | **$0.00** | |

{} Asset reference(s)

Printed: 09/08/2006 08:39 PM     V.8.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-09761 JBS | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | CAMPBELL WHITE, JANICE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | 13-7447092 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/06 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/10/05 | 1001 | Louis W. Levit, P. C. | Cash Advanced Schlitz Appraisal | | 2690-000 | | 500.00 | 126,206.25 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 37.57 | | 126,243.82 |
| 06/26/05 | 1002 | McGuire Woods, LLP | | | | | 16,366.22 | 109,877.60 |
| | | | Trustee fee | 16,013.68 | 3110-000 | | | 109,877.60 |
| | | | Trustee Expenses | 352.54 | 3120-000 | | | 109,877.60 |
| 06/26/05 | 1003 | Louis W. Levit, PC | Atty for Trustee fee | | 3110-000 | | 2,676.32 | 107,201.28 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | | 1270-000 | 40.24 | | 107,241.52 |
| 07/06/05 | {2} | Aurora Loan Services, Inc. | On account, water damage claim | | 1110-000 | 10,433.35 | | 117,674.87 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 41.78 | | 117,716.65 |
| 08/22/05 | 1004 | Louis W. Levit, P. C. | Fees plus Exenses | | | | 8,525.86 | 109,190.79 |
| | | | Fee on Account Attorney for Trustee | 8,500.00 | 3110-000 | | | 109,190.79 |
| | | | Expenses Attorney for Trustee | 25.86 | 3120-000 | | | 109,190.79 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 44.26 | | 109,235.05 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | | 1270-000 | 42.95 | | 109,278.00 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 47.46 | | 109,325.46 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 49.43 | | 109,374.89 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 54.70 | | 109,429.59 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 61.63 | | 109,491.22 |
| 02/15/06 | {2} | Balboa Insurance Compay | Water Damage Claim | | 1249-000 | 15,000.00 | | 124,491.22 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 62.26 | | 124,553.48 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 74.07 | | 124,627.55 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 78.90 | | 124,706.45 |

**Subtotals :**     **$26,068.60**     **$28,068.40**

{} Asset reference(s)     Printed: 09/08/2006 08:39 PM     V.8.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 04-09761 JBS
**Case Name:** CAMPBELL WHITE, JANICE

**Taxpayer ID #:** 13-7447092
**Period Ending:** 09/08/06

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****39-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 84.76 | | 124,791.21 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 84.87 | | 124,876.08 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 84.93 | | 124,961.01 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 153,029.41 | 28,068.40 | **$124,961.01** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 153,029.41 | 28,068.40 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$153,029.41** | **$28,068.40** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****39-65** | **153,029.41** | **28,068.40** | **124,961.01** |
|  | **$153,029.41** | **$28,068.40** | **$124,961.01** |