**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JANICE CAMPBELL-WHITE | CASE NO. 04-09761 JBS |
| Debtor | JUDGE JACK B. SCHMETTERER |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 682
   Chicago, Illinois 60604

   on: March 29, 2007
   at: 10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report as of September 1, 2006 shows total:

   a. Receipts                               $        238,380.50

   b. Disbursements                          $        113,419.49

   c. Net Cash Available for Distribution    $        124,961.01

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| LOUIS W. LEVIT, TRUSTEE | 0.00 | $11,785.69 | |
| *Trustee Fees* | | | |
| DIMONTE & LIZAK, LLC | 0.00 | $14,336.00 | |
| *Trustee's Co-Counsel Fees–Other Firm* | | | |
| DIMONTE & LIZAK, LLC | 0.00 | | $25.00 |
| *Trustee's Co-Counsel Expenses–Other Firm* | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | 0.00 | $2,960.30 | |
| *Trustee's Accountants Fees–Other Firm* | | | |

| | | |
|---|---:|---:|
| ALAN D. LASKO & ASSOCIATES  *Trustee's Accountants Expenses–Other Firm* | 0.00 | $13.87 |
| MCGUIRE WOODS LLP  *Trustee's Former Attorneys Fees and Expenses–Trustee's Former Firm* | $19,042.54 | $0.00 |
| LOUIS W. LEVIT, P.C.  *Trustee's Co-Counsel Fees–Trustee Firm* | $8,500.00 | $10,268.75 |
| LOUIS W. LEVIT, P.C.  *Trustee's Co-Counsel Expenses–Expenses Firm* | $25.86 | $39.00 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Request |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $28,706.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 3 | Sherman Acquisition LP | $ 3,486.77 | $ 3,601.57 |
| 4 | Nicor Gas | $ 7,932.53 | $ 8,193.70 |
| 5 | Target National Bank (fka Retailers National Bank) | $ 681.20 | $ 703.63 |
| 6 | U S Department of Education | $ 15,286.33 | $ 15,789.60 |
| 8 | Capital One Bank | $ 1,319.35 | $ 1,362.79 |
| SURPLUS | CAMPBELL WHITE, JANICE | $ 55,881.12 | $ 55,881.12 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:
real estate

Dated: March 1, 2007                         For the Court,


                                                   By: KENNETH S GARDNER
                                                       Kenneth S. Gardner
                                                       Clerk of the United States Bankruptcy Court
                                                       219 S. Dearborn Street; 7th Floor
                                                       Chicago, IL  60604


Trustee: LOUIS W. LEVIT
Address: LOUIS W. LEVIT, P. C,
           555 Skokie Blvd
           SUITE 500
           Northbrook, IL  60062
Phone No.: (847) 897-5710

## SERVICE LIST

**JANICE CAMPBELL WHITE**
**04 B 09761**

Louis W. Levit
Louis W. Levit, P.C.
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL 60603

Ira P. Goldberg
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068

McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1681