**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JANICE CAMPBELL-WHITE | CASE NO. 04-09761 JBS |
| Debtor | JUDGE JACK B. SCHMETTERER |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         219 South Dearborn, Courtroom 682
         Chicago, Illinois 60604

    on:  March 29, 2007
    at:  10:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report as of September 1, 2006 shows total:

    a. Receipts                              $       238,380.50

    b. Disbursements                         $       113,419.49

    c. Net Cash Available for Distribution   $       124,961.01

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| LOUIS W. LEVIT, TRUSTEE | 0.00 | $11,785.69 | |
| *Trustee Fees* | | | |
| DIMONTE & LIZAK, LLC | 0.00 | $14,336.00 | |
| *Trustee's Co-Counsel Fees–Other Firm* | | | |
| DIMONTE & LIZAK, LLC | 0.00 | | $25.00 |
| *Trustee's Co-Counsel Expenses–Other Firm* | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | 0.00 | $2,960.30 | |
| *Trustee's Accountants Fees–Other Firm* | | | |

| | | |
|---|---|---|
| ALAN D. LASKO & ASSOCIATES | 0.00 | $13.87 |
| *Trustee's Accountants Expenses–Other Firm* | | |
| MCGUIRE WOODS LLP | $19,042.54 | $0.00 |
| *Trustee's Former Attorneys Fees and Expenses–Trustee's Former Firm* | | |
| LOUIS W. LEVIT, P.C. | $8,500.00 | $10,268.75 |
| *Trustee's Co-Counsel Fees–Trustee Firm* | | |
| LOUIS W. LEVIT, P.C. | $25.86 | $39.00 |
| *Trustee's Co-Counsel Expenses–Expenses Firm* | | |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Request |
|---|---|---|---|

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $28,706.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Sherman Acquisition LP | $ 3,486.77 | $ 3,601.57 |
| 4 | Nicor Gas | $ 7,932.53 | $ 8,193.70 |
| 5 | Target National Bank (fka Retailers National Bank) | $ 681.20 | $ 703.63 |
| 6 | U S Department of Education | $ 15,286.33 | $ 15,789.60 |
| 8 | Capital One Bank | $ 1,319.35 | $ 1,362.79 |
| SURPLUS | CAMPBELL WHITE, JANICE | $ 55,881.12 | $ 55,881.12 |

8.   Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:
real estate

Dated: March 1, 2007                For the Court,

By: KENNETH S GARDNER
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   LOUIS W.  LEVIT
Address:   LOUIS W. LEVIT, P. C,
           555 Skokie Blvd
           SUITE 500
           Northbrook, IL  60062
Phone No.: (847) 897-5710

## SERVICE LIST

**JANICE CAMPBELL WHITE**
**04 B 09761**

Louis W. Levit
Louis W. Levit, P.C.
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL 60603

Ira P. Goldberg
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068

McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1681

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7                  Page 1 of 2          Date Rcvd: Mar 01, 2007
Case: 04-09761                 Form ID: pdf002              Total Served: 38

The following entities were served by first class mail on Mar 03, 2007.
db         +Janice Campbell-White,   1167 South Humphrey Avenue,   Oak Park, IL 60304-2219
aty        +DiMonte & Lizak, LLC,   216 West Higgins Road,   Park Ridge, IL 60068-5706
aty        +Eric Gibson,   814 South Taylor Avenue,   Oak Park, IL 60304-1626
aty        +Ira P Goldberg,   DiMonte & Lizak, LLC,   216 Higgins Road,   Park Ridge, IL 60068-5706
aty        +John F. Pollick,   McGuire Woods LLP,   77 West Wacker Drive,   #4100,   Chicago, IL 60601-1683
aty        +Louis W Levit,   555 Skokie Blvd, Suite 500,   Northbrook, IL 60062-2845
tr         +Louis W Levit, ESQ,   555 Skokie Boulevard # 500,   Northbrook, IL 60062-2845
acc        +Alan D Lasko,   Alan D Lasko & Associates Pc,   29 South Lasalle Street,   Chicago, IL 60603-1507
7914524    +Aurora Loan Services,   C/O Codilis & Assoc.,   15W030 N. Frontage Road, #100,
             Willowbrook, IL 60527-6921
7914525    +Capital One Bank,   c/o TSYS Debt Management,   PO Box 5155,   Norcross, GA 30091-5155
7914526     Carson Pirie Scott,   P.O. Box 5000,   Hammond, IN 46325-5000
7914527     Commonwealth Edison,   Bill Payment Center,   Chicago, IL 60668-0001
7914528    +Cook County Collector,   118 N. Clark,   Chicago, IL 60602-1394
7914529     Direct Merchants Bank,   P.O. Box 17036,   Baltimore, MD 21297-0448
7914530     Home Depot,   Claims Account,   P.O. Box 30272,   Tampa, FL 33630-3272
7914531     MacNeal,   135 S. LaSalle Dept. 2384,   Chicago, IL 60674-2384
7914532    +Marshall Fields,   P.O. Box 740933,   Dallas, TX 75374-0933
7866778    +Option One Mortgage Company,   Attention: Mailstop DB-AM,   6501 Irvine Center Drive,
             Irvine, CA 92618-2118
7914534    +Physiotherapist Assoc.,   7814 W. North Avenue,   Elmwood Park, IL 60707-3536
7914536    +Progress Credit Union,   C/O Wallinski & Trunkett, P.C.,   25 E. Washington St. #1221,
             Chicago, IL 60602-1875
7914535    +Progressive Credit Union,   200 E. Randolph Drive,   Chicago, IL 60601-6499
7914537    +Riverside Mental Health,   353 E. Burlington, Ste. 101,   Riverside, IL 60546-2082
7914538    +SBC,   P.O. Box 6092,   Saginaw, MI 48608-6092
7914540     Sears,   P.O. Box 182149,   Columbus, OH 43218-2149
7914539     Sears Card,   88 Annex,   Atlanta, GA 30386-0001
8077954    +Sherman Acquisition LP,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
7914541     Sprint,   P.O. Box 219554,   Kansas City, MO 64121-9554
7914542    +Target,   P.O. Box 390846,   Edina, MN 55439-0846
9359477    +Target National Bank (fka Retailers National Bank),   TARGET,   c/o Weinstein & Riley, P.S.,
             2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
7914543    +Taytoe Glass,   301 South Blvd.,   Oak Park, IL 60302-2921
7914544    +TruGreen,   P.O. Box 1589,   Bridgeview, IL 60455-0589
9381329    +U S Department of Education,   P O Box 13328,   Richmond, VA 23225-0328
7914545    +U.S. Department Of Education,   Boulders Bldg. 7, Ste. 200,   7325 Beaufont Spring Dr.,
             Richmond, VA 23225-5555
7914546    +Village Of Oak Park,   P.O. Box 94895,   Chicago, IL 60690-4895
7914547    +Wal-Mart,   P.O. Box 9700,   Macon, GA 31297-9700
7914548     Wells Fargo A/K/A Option One,   C/O Codilis & Associates, P.C.,
             15 W 30 N. Frontage Rd., Ste. 100,   Burr Ridge, IL 60527
7866779     Wells Fargo Bank Minnesota,   c/o Codilis & Associates, P.C.,
             15 W. 030 North Frontage Road, S-100,   Burr Ridge, IL 60527

The following entities were served by electronic transmission on Mar 02, 2007.
7914533    +E-mail/Text: bankrup@nicor.com                            Nicor Gas,   P.O. Box 549,
             Aurora, IL 60507-0549
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Maley J Berton
aty         McGuire Woods LLP
op          Lydia Rickert
cr          Mortgage Electronic Registration Systems, In
cr          Option One Mortgage Corporation
br          Trudy Roznos
cr          Wells Fargo Bank Minnesota National Associat
7914522     Campbell-White Janice,   04-09761
cr*        +Option One Mortgage Corporation,   Attn: Mailstop DB-AM,   6501 Irvine Center Drive,
             Irvine,, CA 92618-2118
7914523*   +Eric Gibson,   814 South Taylor Avenue,   Oak Park, IL 60304-1626
                                                                                   TOTALS: 8, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

BAE SYSTEMS

```
District/off: 0752-1        User: amcc7          Page 2 of 2              Date Rcvd: Mar 01, 2007
Case: 04-09761              Form ID: pdf002      Total Served: 38

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2007**                    **Signature:**   _Joseph Speetjens_