**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 7 CASE** |
| **JANICE CAMPBELL-WHITE,** | **CASE NO. 04-09761 JBS** |
| | **HON. JACK B. SCHMETTERER** |
| **Debtor.** | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE JACK B. SCHMETTERER,
       BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses, copies of which are attached as Exhibit "A," and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B."

All checks have been cashed.   The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| January 26, 2008 | /s/Louis W. Levit, Trustee |
| DATE | LOUIS W.  LEVIT, TRUSTEE |

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                    CHAPTER 7 CASE

JANICE CAMPBELL WHITE,                    CASE NO. 04-09761 JBS

        Debtor                        JUDGE JACK B. SCHMETTERER

### ORDER AWARDING TRUSTEE COMPENSATION

THIS MATTER BEING HEARD on the Louis W. Levit, Trustee's final requests for the allowance of fees, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Louis W. Levit, Trustee's compensation is allowed as follows:

1.   Trustee's compensation                          $_____ 11,785.69

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 26th day of April , 2007 .

ENTERED _____
JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY JUDGE

APR 2 6 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JANICE CAMPBELL-WHITE, | ) | Case No. 04 B 09761 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES
## AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

This matter coming to be heard on the final request of DiMonte & Lizak, LLC ("Co-Counsel") for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED**: that the Co-Counsel's final request for the allowance of fees and expenses is allowed as follows:

1. Co-Counsel's compensation      $ 14,311.00

2. Co-Counsel's expenses      $ 25.00

       TOTAL      $ 14,336.00

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____4/26/07_____

ENTERED: _____

The Honorable Jack B. Schmetterer
U.S. Bankruptcy Judge

APR 26 2007

Ira P. Goldberg (ARDC# 6185512)
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                    CHAPTER 7 CASE

JANICE CAMPBELL WHITE,                    CASE NO. 04-09761 JBS

        Debtor                        JUDGE JACK B. SCHMETTERER

## ORDER AWARDING LOUIS W. LEVIT, P.C. COMPENSATION AND EXPENSE REIMBURSEMENT AS CO-COUNSEL TO TRUSTEE

THIS MATTER BEING HEARD on the Louis W. Levit, P.C.'s final request for the allowance of fees and expense reimbursement as an administrative expense of the Estate, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Louis W. Levit, P.C. is allowed as follows:

| | | |
|---|---|---|
| 1. | Compensation | $ 10,268.75 |
| 2. | Expenses | $ 39.00 |
| | TOTAL | $ 10,307.75 |

IT IS FURTHER ORDERED that the amounts previously awarded to Louis W. Levit, P.C. on an interim basis shall be deemed final.

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 26th day of _____ 2007.

ENTERED

JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY JUDGE

APR 26 2007

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                             CHAPTER 7 CASE

JANICE CAMPBELL WHITE,                             CASE NO. 04-09761 JBS

                    Debtor                         JUDGE JACK B. SCHMETTERER

**ORDER AWARDING ALAN D. LASKO & ASSOCIATES, P.C. COMPENSATION AND**
**EXPENSE REIMBURSEMENT AS ACCOUNTANTS TO TRUSTEE**

THIS MATTER BEING HEARD on the Alan D. Lasko & Associates, P.C.'s first and final
request for the allowance of fees and expense reimbursement as an administrative expense of the Estate,
notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Alan D. Lasko & Associates, P.C. is allowed as
follows:

| | | | |
|---|---|---|---|
| 1. | Compensation | $ | 2,960.30 |
| 2. | Expenses | $ | 13.87 |
| | TOTAL | $ | 2,974.17 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed
above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _26th_ day of _April_ , 200_7_ .

ENTERED

JACK B. SCHMETTERER
UNITED STATES BANKRUPTCY JUDGE

APR 26 2007

**EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| JANICE CAMPBELL WHITE, | CASE NO. 04-09761 JBS |
| Debtor | JUDGE JACK B. SCHMETTERER |

**DISTRIBUTION REPORT**

I, <u>LOUIS W. LEVIT</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 39,403.61 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 28,706.18 |
| Interest from Petition Date (726(a)(5)): | $ | 1,045.50[1] |
| Surplus Funds Back to Debtor: | $ | 56,499.32 |
| | | |
| TOTAL AVAILABLE FOR DISTRIBUTION | $ | 125,654.61 |

---

[1]Based upon T-bill rate of 1.16% as of 3/12/04; calculated from Petition Date to final distribution date of 5/2/07.

**DISTRIBUTION REPORT**                                          **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $67,472.01 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN | LOUIS W. LEVIT, TRUSTEE, *Trustee Fees* | 11,785.69 | 11,785.69 |
| ADMIN | DIMONTE & LIZAK, LLC, *Trustee's Co-Counsel Fees–Other Firm* | 14,311.00 | 14,311.00 |
| ADMIN | DIMONTE & LIZAK, LLC, *Trustee's Co-Counsel Expenses–Other Firm* | 25.00 | 25.00 |
| ADMIN | ALAN D. LASKO & ASSOCIATES, P.C., *Trustee's Accountants Fees–Other Firm* | 2,960.30 | 2,960.30 |
| ADMIN | ALAN D. LASKO & ASSOCIATES, *Trustee's Accountants Expenses–Other Firm* | 13.87 | 13.87 |
| ADMIN | MCGUIRE WOODS LLP, *Trustee's Former Attorneys Fees and Expenses–Trustee Former Firm* | 19,042.54 | 0.00 |
| ADMIN | LOUIS W. LEVIT, P.C., *Trustee's Co-Counsel Fees–Trustee Firm* | 18,768.75 | 10,268.75 |
| ADMIN | LOUIS W. LEVIT, P.C., *Trustee's Co-Counsel Expenses–Trustee Firm* | 64.86 | 39.00 |
| ADMIN | SCHLITZ APPRAISAL, *Appraisal expenses* | 500.00 | 0.00 |
| | | TOTAL          $ | 39,403.61 |

**DISTRIBUTION REPORT**                                              **PAGE 3**

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**DISTRIBUTION REPORT**                                     **PAGE 4**

§507(a)(5) - Farmers' and Fishermen's claims to the extent
of $4,300.00                                                      0.00                    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

507(a)(6) - Deposits by consumers to the extent of
$1,950.00                                                         0.00                    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(7) - Alimony                                              0.00                    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§724(b)(6) - Tax Liens:                                          0.00                    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(8) - Tax claims excluding fines and penalties            0.00                    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL      $ | 0.00 |

**DISTRIBUTION REPORT**                                                    **PAGE 5**

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL          $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $28,706.18 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 3 | Sherman Acquisition LP | 3,486.77 | 3,486.77 |
| 4 | Nicor Gas | 7,932.53 | 7,932.53 |
| 5 | Target National Bank (fka Retailers National Bank) | 681.20 | 681.20 |
| 6 | U S Department of Education | 15,286.33 | 15,286.33 |
| 8 | Capital One Bank | 1,319.35 | 1,319.35 |
| | | TOTAL          $ | 28,706.18 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $          0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL          $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | 0.00 | 0.00% |

**DISTRIBUTION REPORT**                                          **PAGE 6**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | 1,045.50 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 3I | Sherman Acquisition LP | 126.99 | 126.99 |
| 4I | Nicor Gas | 288.91 | 288.91 |
| 5I | Target National Bank (fka Retailers National Bank) | 24.81 | 24.81 |
| 6I | U S Department of Education | 556.74 | 556.74 |
| 8I | Capital One Bank | 48.05 | 48.05 |
| | | TOTAL $ | 1,045.50 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $56,499.32 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| SURPLUS | CAMPBELL WHITE, JANICE | $56,499.32 | $56,499.32 |

The following claims are not included in the distribution because they have been disallowed or barred

**DISTRIBUTION REPORT**                                                          **PAGE 7**

by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Option One Mortgage Company<br>Attention: Mailstop DB-AM<br>6501 Irvine Center Drive<br>Irvine, CA  92618- | $ 255,112.11 | Withdrawn |
| Secured | 2 | Progress Credit Union<br>c/o Wallinski & Trunkett P.C.<br>25 E. Washington St., Suite 1221<br>Chicago, IL 60602 | $    1,612.05 | Withdrawn<br>(Paid at Closing) |

　　　　WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: <u>May 2, 2007</u>　　　　　　　　/s/Louis W. Levit, Trustee
　　　　　　　　　　　　　　　　　　LOUIS W.  LEVIT, Trustee

**EXHIBIT C**

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-09761 JBS | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | CAMPBELL WHITE, JANICE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-****39-65 - Money Market Account |
| Taxpayer ID #: | 13-7447092 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/10/05 | | Louis W. Levit, Trustee of the Estate of Janice Campbell- | Sale of Real Estate | | | 112,653.55 | | 112,653.55 |
| | {2} | | Gross sale | 212,000.00 | 1110-000 | | | 112,653.55 |
| | | | Mortgage Payment | -62,157.65 | 4110-000 | | | 112,653.55 |
| | | | Judgment Lien | -1,716.64 | 4120-000 | | | 112,653.55 |
| | | | Oak Park Water Bill | -1,357.07 | 4120-000 | | | 112,653.55 |
| | | | Tax proration | -4,509.25 | 2990-000 | | | 112,653.55 |
| | | | Broker Commission | -10,600.00 | 2990-000 | | | 112,653.55 |
| | | | Settlement costs | -4,520.84 | 2500-000 | | | 112,653.55 |
| | | | excess earnest money | -9,400.00 | 1110-000 | | | 112,653.55 |
| | {2} | | CT&T Refund | -4,510.36 | 1110-000 | | | 112,653.55 |
| | {2} | | Further mortgage payment | -489.64 | 4110-000 | | | 112,653.55 |
| | {2} | | Final CT&T Refund | -85.00 | 1110-000 | | | 112,653.55 |
| 03/17/05 | {2} | Century 21 Classic Properties | Unexpended portion of earnest money deposit Add'l Proceeds of Sale | | 1110-000 | 9,400.00 | | 122,053.55 |
| 03/17/05 | {2} | Chicago Title and Trust Co, | Refund of Title Indemnity | | 1110-000 | 4,510.36 | | 126,563.91 |
| 03/17/05 | | Chicago Title Insurance Co. | | | 1110-000 | 4,510.36 | | 131,074.27 |
| | {2} | Chicago Title Insurance Co. | Additionall mortgage debt | 5,000.00 -489.64 | 1110-000 4110-000 | | | 131,074.27 131,074.27 |
| 03/17/05 | {2} | Chicago Title and Trust C0 | Reverse deposit entry | | 1110-000 | -4,510.36 | | 126,563.91 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | | 1270-000 | 20.91 | | 126,584.82 |
| 04/29/05 | {2} | Chicago Title Insurance Co. | Final refund | | 1110-000 | 85.00 | | 126,669.82 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 36.43 | | 126,706.25 |

| | Subtotals : | $126,706.25 | $0.00 | |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 01/23/2008 05:03 PM    V.9.52

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-09761 JBS | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|
| Case Name: | CAMPBELL WHITE, JANICE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-****39-65 - Money Market Account |
| Taxpayer ID #: | 13-7447092 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/05 | 1001 | Louis W. Levit, P. C. | Cash Advanced Schlitz Appraisal | 2690-000 | | 500.00 | 126,206.25 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 37.57 | | 126,243.82 |
| 06/26/05 | 1002 | McGuire Woods, LLP | | 1270-000 | | 16,366.22 | 109,877.60 |
| | | | Trustee fee                16,013.68 | 3110-000 | | | 109,877.60 |
| | | | Trustee Expenses              352.54 | 3120-000 | | | 109,877.60 |
| 06/26/05 | 1003 | Louis W. Levit, PC | Atty for Trustee fee | 3110-000 | | 2,676.32 | 107,201.28 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 40.24 | | 107,241.52 |
| 07/06/05 | (2) | Aurora Loan Services, Inc. | On account, water damage claim | 1110-000 | 10,433.35 | | 117,674.87 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 41.78 | | 117,716.65 |
| 08/22/05 | 1004 | Louis W. Levit, P. C. | Fees plus Exenses | | | 8,525.86 | 109,190.79 |
| | | | Fee on Account Attorney for Trustee      8,500.00 | 3110-000 | | | 109,190.79 |
| | | | Expenses Attorney for Trustee              25.86 | 3120-000 | | | 109,190.79 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 44.26 | | 109,235.05 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 42.95 | | 109,278.00 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 47.46 | | 109,325.46 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 49.43 | | 109,374.89 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 54.70 | | 109,429.59 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 61.63 | | 109,491.22 |
| 02/15/06 | (2) | Balboa Insurance Compay | Water Damage Claim | 1249-000 | 15,000.00 | | 124,491.22 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 62.26 | | 124,553.48 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 74.07 | | 124,627.55 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 78.90 | | 124,706.45 |

**Subtotals :**          $26,068.60          $28,068.40

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-09761 JBS | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | CAMPBELL WHITE, JANICE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-****39-65 - Money Market Account |
| Taxpayer ID #: | 13-7447092 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/07 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 84.76 | | 124,791.21 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 82.08 | | 124,873.29 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 84.87 | | 124,958.16 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 84.93 | | 125,043.09 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 79.47 | | 125,122.56 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 87.72 | | 125,210.28 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 82.30 | | 125,292.58 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 79.60 | | 125,372.18 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 83.60 | | 125,455.78 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 62.52 | | 125,518.30 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 67.02 | | 125,585.32 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 69.29 | | 125,654.61 |
| 05/01/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 0.00 | | 125,654.61 |
| 05/01/07 | | To Account #*******3966 | for final distribution | 9999-000 | | 125,654.61 | 0.00 |

| | | ACCOUNT TOTALS | 153,723.01 | 153,723.01 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 0.00 | 125,654.61 | |
| | | **Subtotal** | 153,723.01 | 28,068.40 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$153,723.01** | **$28,068.40** | |

{} Asset reference(s)                    Printed: 01/23/2008 05:03 PM    V.9.52

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-09761 JBS
**Case Name:** CAMPBELL WHITE, JANICE

**Taxpayer ID #:** 13-7447092
**Period Ending:** 12/31/07

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*39-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/01/07 | | From Account #\*\*\*\*\*\*\*3965 | for final distribution | 9999-000 | 125,654.61 | | 125,654.61 |
| 05/10/07 | 101 | DiMonte & Lizak | Co-Counsel Compensation and Expenses | | | 14,336.00 | 111,318.61 |
| 05/10/07 | | | Compensation | 3210-000 | | 14,311.00 | 111,318.61 |
| 05/10/07 | | | Expenses | 3220-000 | | 25.00 | 111,318.61 |
| 05/10/07 | 102 | Louis W. Levit, PC | Attorney  Compensation and Expenses | | | 10,307.75 | 101,010.86 |
| 05/10/07 | | | Compensation | 3110-000 | | 10,268.75 | 101,010.86 |
| 05/10/07 | | | Expense | 3520-000 | | 39.00 | 101,010.86 |
| 05/10/07 | 103 | Louis W. Levit, PC | Trustee fee | 2100-000 | | 11,785.69 | 89,225.17 |
| 05/10/07 | 104 | Alan D. Lasko & Associates, P. C. | Accountant Compensation | | | 2,974.17 | 86,251.00 |
| 05/10/07 | | | Compensation | 3510-000 | | 2,960.30 | 86,251.00 |
| 05/10/07 | | | Expense | 3420-000 | | 13.87 | 86,251.00 |
| 05/28/07 | 105 | Sherman Acquisition LP | | | | 3,613.76 | 82,637.24 |
| 05/28/07 | | | | 7100-000 | | 3,486.77 | 82,637.24 |
| 05/28/07 | | | INTEREST | 7100-000 | | 126.99 | 82,637.24 |
| 05/28/07 | 106 | Nicor Gas | | | | 8,221.44 | 74,415.80 |
| 05/28/07 | | | | 7100-000 | | 7,932.53 | 74,415.80 |
| 05/28/07 | | | | 7100-000 | | 288.91 | 74,415.80 |
| 05/28/07 | 107 | Target National Bank (fka Retailers National Bank) | | | | 706.01 | 73,709.79 |
| 05/28/07 | | | | 7100-000 | | 681.20 | 73,709.79 |
| 05/28/07 | | | INTEREST | 7100-000 | | 24.81 | 73,709.79 |
| 05/28/07 | 108 | U S Department of Education | | | | 15,843.07 | 57,866.72 |
| 05/28/07 | | | | 7100-000 | | 15,286.33 | 57,866.72 |
| 05/28/07 | | | INTEREST | 7100-000 | | 556.74 | 57,866.72 |

**Subtotals :**   $125,654.61   $67,787.89

{} Asset reference(s)                    Printed: 01/23/2008 05:03 PM    V.9.52

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-09761 JBS
**Case Name:** CAMPBELL WHITE, JANICE

**Taxpayer ID #:** 13-7447092
**Period Ending:** 12/31/07

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****39-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/07 | 109 | Capital One Bank | Voided on 05/29/07 | 7100-000 | | ! 1,367.60 | 56,499.12 |
| 05/29/07 | 109 | Capital One Bank | Voided: check issued on 05/28/07 | 7100-000 | | ! -1,367.60 | 57,866.72 |
| 05/29/07 | 110 | Capital One Bank | | 7100-000 | | ! 1,367.40 | 56,499.32 |
| | | | 1,319.35 | 7100-000 | | | 56,499.32 |
| | | | INTEREST     48.05 | 7100-000 | | | 56,499.32 |
| 05/29/07 | 111 | Janice  Campbell White | | 8200-002 | | 56,499.32 | 0.00 |

| | | | | | | | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 125,654.61 | 125,654.61 | |
| | | | Less: Bank Transfers | | 125,654.61 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 125,654.61 | |
| | | | Less: Payments to Debtors | | | 56,499.32 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$69,155.29** | |

{} Asset reference(s)        !-Not printed or not transmitted

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-09761 JBS
**Case Name:** CAMPBELL WHITE, JANICE

**Taxpayer ID #:** 13-7447092
**Period Ending:** 12/31/07

**Trustee:** LOUIS W. LEVIT (330450)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****39-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | TOTAL - ALL ACCOUNTS | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|---|
| | | MMA # ***-*****39-65 | | | 153,723.01 | 28,068.40 | 0.00 |
| | | Checking # ***-*****39-66 | | | 0.00 | 69,155.29 | 0.00 |
| | | | | | $153,723.01 | $97,223.69 | $0.00 |